Herman HALL, Plaintiff-Appellee (heirs of Herman Hall, substituted parties plaintiff) v. SOUTHERN ADVANCE BAG & PAPER CO., Defendant-Appellant.

No. 4951.

Court of Appeal of Louisiana.
Second Circuit.

Dec. 13, 1935.

For former opinion, see 158 So. 829.

Goff & Goff, of Arcadia, for appellant.

James G. Palmer, of Shreveport, and R. L. Williams, of Arcadia, for appellee.

TALIAFERRO, Judge.

The facts and the pleadings in this case are thoroughly discussed and analyzed in our former opinion. 158 So. 829. No useful purpose would be served by repetition herein. Suffice it to say, that we have again studied this case as though we had not previously done so, and arise from our labor convinced that our original opinion is correct; and for this reason said former decree is now reinstated and made final.

DREW, J., dissents.

G. P. LAYNE, Plaintiff-Appellant, v. LOUISIANA POWER & LIGHT CO. et al., Defendants-Appellees. *

No. 4970.

Court of Appeal of Louisiana.
Second Circuit.

Dec. 13, 1935.

For former opinion, see 161 So. 29.

Warren Hunt, of Rayville, for appellant.

Hudson, Potts & Bernstein, of Monroe, for appellees.

MILLS, Judge.

After carefully reconsidering this case on rehearing, we are of the opinion that our former decree is correct.

It is accordingly reinstated and made the judgment of this court.

*Judgment amended on rehearing, see 164 So. 672.